# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL    DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **HEARING MINUTES**  Sealed:  No |
| Plaintiff(s) | Case No.:  3:14-CR-3006-LRR |
| vs. | Presiding Judge:  JON S. SCOLES, Chief Magistrate Judge |
| JOSHUA LEE HUNT, | Deputy Clerk:  Paul Coberly |
| Defendant(s) | Court Reporter:  Patrice Murray  Contract?  No |
| | (If yes, send copy to financial) |
| | Recording:  Yes  Method:  FTR Gold |

| Date: | 4/23/2014 | Start: | 1:26 PM | Adjourn: | 1:47 PM | | Courtroom: | 4, 4th Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? No |

| | | |
|---|---|---|
| Appearances: | Plaintiff(s): | SAUSA Lisa C. Williams |
| | Defendant(s): | John J. Bishop; Defendant appears personally |
| | U.S. Probation: | -- |
| | Interpreter: | --  Language:  --  Certified:  --  Phone  - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **PLEA:** | Defendant pleaded GUILTY to count(s): | 1 of the Indictment |
|---|---|---|

| Defendant is | detained | pending sentencing. | |
|---|---|---|---|

**Witness/Exhibit List is**   **SEALED** Government Exhibit 1 offered and received.

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:**  Court places Defendant under oath.

Defendant competent and understands the charge.

Defendant knows that there is an adequate factual basis, knows the minimum and maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.

Defendant's plea of guilty is voluntary.

Court finds Defendant should be adjudged guilty based upon his plea of guilty to Count 1 of the Indictment.

USP to prepare PSIR.