# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOSHUA LEE HUNT, <br> Defendant. | No. CR14-3006 <br><br> WAIVER OF OBJECTIONS TO REPORT AND RECOMMENDATION |

In a proceeding held the 23rd day of April, 2014, the above-named Defendant entered a plea of guilty to one or more counts of the criminal indictment or information filed against the defendant in this case. The plea proceeding was presided over by a United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(3), and the Magistrate Judge has prepared, filed, and served upon the parties a Report and Recommendation Concerning Plea of Guilty, recommending that the assigned United States District Judge accept the Defendant's plea of guilty.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the parties were advised verbally, and in writing in the Report and Recommendation, that failure to file objections to the Report and Recommendation within fourteen days would bar them from objecting to the District Court's acceptance of the guilty plea as recommended by the Magistrate Judge.

Having been advised of the right to object to the Report and Recommendation, the parties wish to waive that right for the purpose of expediting acceptance of the guilty plea(s) in this matter. Accordingly, evidenced by their signatures appearing below, the parties hereby waive the right to object to the Magistrate Judge's Report and Recommendation Concerning Plea of Guilty, and consent to acceptance of the same by the United States District Judge so that acceptance of the guilty plea(s) may proceed forthwith.

_____ 4/23/14  _____ 4-23-14
Attorney for the United States  Date    Defendant                Date

                                _____ 4-23-14
                                Attorney for Defendant   Date