IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR14-3006 |
| | ) | |
| vs. | ) | **MOTION FOR EXTENSION OF TIME FOR MAKING OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |
| JOSHUA HUNT, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, by counsel, and for his Application for Extension of Time for Making Objections to Presentence Investigation Report, states the following:

1. The deadline for filing objections to presentence investigation report is June 23, 2014.

2. During the majority of the week of June 16-20, undersigned counsel was attending a continuing education program. As a result, undersigned counsel has not had sufficient time to review the presentence report and to discuss it with the defendant in order to make any necessary objections.

WHEREFORE, the defendant, Joshua Hunt, respectfully requests an extension of time of two (2) days for filing objections to the presentence investigation - until June 25, 2014.

/s/ John Bishop

_____
**JOHN J. BISHOP** AT0000937
222 Third Ave. S.E., Suite 299
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax: (319) 364-8914
E-Mail: jjbishop25@hotmail.com

ATTORNEY FOR DEFENDANT