IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA LEE HUNT, Defendant. | No. CR14-3006<br><br>ORDER EXTENDING DEADLINE TO OBJECT TO DRAFT PSIR |

This matter comes before the Court on the Motion for Extension of Time for Making Objections to Presentence Report (docket number 31) filed by the Defendant on June 23, 2014. Because counsel "was attending a continuing education program" and, therefore, "has not had sufficient time to review the presentence report and discuss it with the defendant," Defendant requests a two-day extension of the deadline to file objections to the presentence investigation report.[1] The Court finds the motion should be granted.

---

[1] The Court notes that the Motion fails to comply with Local Rule 7.*l*, which requires that "[a]ll non-dispositive motions must contain a representation that counsel for the moving party has conferred in good faith with counsel for all other parties and any pro se parties concerning the motion, and a statement of whether or not the other parties consent to the motion." The Government has not responded to the motion and the time for doing so has not yet expired. Given the nature of the motion and the circumstances, however, the Court elects to rule on the motion without waiting for a resistance or response. Pursuant to Local Rule 7.e, any party may file a motion for reconsideration of this order within seven days after this Order is entered.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Extension of Time (docket number 31) filed by Defendant is **GRANTED**. The deadline for both parties to file objections to the presentence investigation report is **EXTENDED** to **June 25, 2014**.

DATED this 23rd day of June, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA