IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 14-3006-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSHUA LEE HUNT, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States does not anticipate a contested hearing on any of the guideline calculations. The government does not intend to call witnesses or present exhibits.

The undersigned believes the parties will settle the drug quantity issue prior to the time of sentencing and if not the undersigned will amend the Sentencing Memorandum.

Respectfully submitted,

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2014 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Penny Schlotman

Cc: Mr. John J. Bishop, Esq.
U. S. Probation

KEVIN W. TECHAU
United States Attorney

By: s/ John Lammers

JACK LAMMERS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Jack.Lammers@usdoj.gov

1