IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA, )
                 Plaintiff, )    No. CR 14-3006
                       )
vs.                      )    **MOTION FOR CONTINUANCE**
                       )
                       )
JOSHUA HUNT, )
                 Defendant. )

      COMES NOW, the defendant, by counsel, and in support of his motion for continuance states as follows:

      1. The defendant is currently scheduled for sentencing on July 16, 2014, at 9:00 a.m.

      2. Undersigned counsel has a previously scheduled proceeding in juvenile court at 9:30 a.m. on July 16, 2014, in Tama County case In re C.M., JVJV003293. The foregoing matter has been pending for some time and involves numerous parties and would therefore be somewhat difficult to continue.

      3. Undersigned counsel has attempted to contact Assistant United States Attorney Jack Lammers but has been unable to do so to determine whether the Government resists this motion.

      4. If the court does grant this motion to continue, undersigned counsel is unavailable on June 21, 22, and 23, due to a previously scheduled family vacation.

      WHEREFORE, for the reasons stated herein, the defendant prays the Court to grant a continuance of the sentencing proceedings in this case.

/s/  John Bishop

**JOHN J. BISHOP**  AT0000937
222 Third Ave. SE, Suite 299
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax: (319) 364-8914
E-mail: jjbishop25@hotmail.com

ATTORNEY FOR DEFENDANT