IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA LEE HUNT,<br><br>        Defendant. | No. 14-CR-3006-LRR<br><br>**ORDER** |

_____

The matter before the court is Defendant Joshua Lee Hunt's "Motion for Continuance" ("Motion") (docket no. 38), which Defendant filed on July 2, 2014. For the reasons stated in the Motion, the Motion is **GRANTED**. The sentencing hearing is reset from July 16, 2014 to **Friday, August 1, 2014 at 10:00 a.m.** before the undersigned in Courtroom 1, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

    **IT IS SO ORDERED.**

    **DATED** this 7th day of July, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA