IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 14-3006 |
| | ) | |
| vs. | ) | **MOTION FOR CONTINUANCE** |
| | ) | |
| JOSHUA HUNT, | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, by counsel, and in support of his motion for continuance states as follows:

1. The defendant is currently scheduled for sentencing on August 1, 2014, at 11:00 a.m.

2. Undersigned counsel has recently had juvenile court proceedings scheduled on August 1, 2014 at 10:000 a.m. in Linn County case In re A.W., JVJV030405 and at 11:00 a.m. in Linn County cases In re T.H. & T.H., JVJV031508-09. The foregoing matters involve numerous parties and would therefore be somewhat difficult to continue.

3. Undersigned counsel has discussed this matter with Assistant United States Attorney Jack Lammers and he does not object to a continuance under the circumstances.

4. Undersigned counsel has discussed the matter with Mr. Hunt and he does not object to a continuance under the circumstances.

WHEREFORE, for the reasons stated herein, the defendant prays the Court to grant a continuance of the sentencing proceedings in this case.

/s/ John Bishop

_____
**JOHN J. BISHOP** AT0000937
222 Third Ave. SE, Suite 299
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax: (319) 364-8914
E-mail: jjbishop25@hotmail.com

ATTORNEY FOR DEFENDANT