# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA LEE HUNT,<br><br>Defendant. | No. 14-CR-3006-LRR<br><br>**ORDER** |

_____

The matter before the court is Defendant Joshua Lee Hunt's "Motion for Continuance" ("Motion") (docket no. 41), which Defendant filed on July 28, 2014. For the reasons stated in the Motion, the Motion is **GRANTED**. The sentencing hearing is reset from August 1, 2014 at 11:00 a.m. to **Friday, August 1, 2014 at 8:30 a.m.** before the undersigned in Courtroom 1, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED.**

**DATED** this 29th day of July, 2014.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA