# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>vs.<br>JOSHUA LEE HUNT<br>Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 14-CR-3006-LRR<br>Presiding Judge: Chief Judge Linda R. Reade<br>Deputy Clerk: Noah Goerlitz<br>Court Reporter: Patrice Murray Contract? No<br>(If yes, send copy to financial)<br>Recording: Yes Method: FTR Gold |

| Date: | 8/1/2014 | Start: | 8:25 AM | Adjourn: | 9:04 AM | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | - | Telephonic? | - |

| Appearances: | Plaintiff(s): | AUSA Jack Lammers |
|---|---|---|
| | Defendant(s): | John Bishop; Defendant appears in person |
| | U.S. Probation: | Angie Myhlhousen |
| | Interpreter: | -- Language: -- Certified: - Phone - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? No | Continued from a previous date? No |
|---|---|---|---|

**SENTENCING:**

| Objections to PSIR: | -- | Ruling: | - |
|---|---|---|---|
| Motions to vary/depart: | 1. Defense motion downward<br>2. Government motion downward<br>3. Government motion downward<br>(for anticipated USSG changes) | Ruling: | 1. Denied<br>2. Granted at 25%<br>3. Denied |
| Count(s) dismissed: | -- | | |
| Sentence (See J & C): | 270 months' imprisonment | | |

| | Fine: | -- | Special assessment: | $100 |
|---|---|---|---|---|
| | Supervised Release: | 10 years | | |
| | Court's recommendations (if any): | Sentence to run concurrently with Hardin County, Iowa case no. SRCR 308059 | | |
| Defendant is | Detained | and shall report | | |
| **Witness/Exhibit List is** | NA | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | Hearing concluded. Defendant detained. |
|---|---|